D. Conn.
23-cv-1548
Oliver, J.

# United States Court of Appeals
FOR THE
SECONDCIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November, two thousand twenty-four.

Present:
  Guido Calabresi,
  Sarah A. L. Merriam,
   *Circuit Judges*,
  Jed S. Rakoff,
   *District Judge.* *

Ronald Massie,

   *Plaintiff-Appellant*,

  v.               24-2116

Wells Fargo Bank, National Association,

   *Defendant-Appellee*.

Appellee moves to dismiss the appeal for lack of jurisdiction, and to strike Appellant's motion at 2d Cir. 24-2116 doc. 22, or in the alternative, to strike page seven of that motion. Appellant, proceeding pro se, moves for leave to file an untimely opposition to Appellee's motion to dismiss.

Upon due consideration, it is hereby ORDERED that Appellant's motion to file an untimely opposition is GRANTED. Appellee's motion to strike the motion at 2d Cir. 24-2116 doc. 22, is GRANTED in part; page seven of that motion is stricken.

It is further ORDERED that Appellee's motion to dismiss for lack of jurisdiction is GRANTED in part, as to the appeal from the May 23, 2024, judgment, and DENIED in remaining part, as to the

---

* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

appeal from the July 18, 2024, denial of Appellant's post-judgment motion to vacate. *See* 28 U.S.C. § 2107; *Bowles v. Russell*, 551 U.S. 205, 214 (2007); *Phillips v. Corbin*, 132 F.3d 867, 868-69 (2d Cir. 1998) (per curiam).

However, as to Appellant's appeal from the denial of his post-judgment motion to vacate, it is further ORDERED that the appeal is DISMISSED because it "presents no arguably meritorious issue for our consideration." *Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995) (per curiam); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court